EHRMAN v. BASSET. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Adeline P. Ehrman as executrix, etc., against Al Basset. No opinion.

Motion granted, date to be fixed in order. Settle order on notice. See memorandum per curiam. See, also, 144 N. Y. Supp. 976.